LOUIS NEWKIRK v. EDNA NEWKIRK.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND GERALD.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANKIE SANCHEZ.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD MUSCOLINO.

June 8, 1982.

Petition for certification denied.